UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| ELLEN FOLEY ROWAN,<br><br>    Plaintiff,<br><br>    vs.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Civil No. 2:16-CV-01862-RSM<br><br><br>ORDER |

It is hereby ORDERED that the Commissioner's final decision should be reversed and remanded in accordance with sentence four of 42 U.S.C. § 405(g). On remand, the Administrative Law Judge will reevaluate the medical evidence, including the reports of Dr. Summers and Dr. Mayberry, and address any limitations assessed in the medical record; reassess the claimant's symptoms; reassess the claimant's residual functional capacity; and if necessary, obtain supplemental evidence from a vocational expert to clarify the effect of the limitations on the occupational base. Upon proper application, Plaintiff shall be eligible for attorneys' fees under the Equal Access to Justice Act, 24 U.S.C. § 2412 et seq.

        DATED this 18 day of July 2017.

Page 1      ORDER - [2:16-CV-01862-RSM]

*[signature]*

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

s/ David J. Burdett
DAVID J. BURDETT
Special Assistant U.S. Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone: (206) 615-2522
Fax: (206) 615-2531
david.burdett@ssa.gov