UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ELLEN FOLEY ROWAN,<br><br>        Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL, acting Commissioner SSA<br><br>        Defendant | Case No: 2:16-cv-01862-RSM<br><br><br>ORDER RE: UNOPPOSED MOTION FOR ATTORNEY FEES, COSTS AND EXPENSES UNDER THE EQUAL ACCESS TO JUSTICE ACT |

Based upon the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, and 28 U.S.C. § 1920, Plaintiff's unopposed EAJA petition and the assignment of EAJA fees to Plaintiff's attorney by Plaintiff, it is hereby ORDERED that: EAJA attorney's fees in the amount of **$4,067.53,** costs in the amount of **$400** and expenses of **$16.60** (postage). shall:

1) Be awarded to Plaintiff pursuant to *Astrue v. Ratliff*, 560 U.S. 586, 130 S.Ct. 2521, 2531-2, 177 L.Ed.2d 91 (2010) and delivered to Plaintiff's counsel; however,

2) The Acting Commissioner shall contact the Department of Treasury after this

ORDER RE: UNOPPOSED MOTION FOR ATTORNEY FEES, COSTS AND EXPENSES UNDER THE EQUAL ACCESS TO JUSTICE ACT--Page 1 of 2--2:16-cv-01862-RSM

Order is entered to determine if the EAJA Award is subject to any offset. If the U.S. Department of the Treasury verifies to the Office of General Counsel that Plaintiff does not owe a debt, the government will honor Plaintiff's assignment of EAJA Award and pay the EAJA Award directly to George Andre Fields, Esq, Plaintiff's counsel. If there is an offset, any remainder shall be made payable to Plaintiff, based on the Department of the Treasury's Offset Program and standard practices, and electronically deposited to Plaintiff's counsel, George Andre Fields, Esq. at P.O. Box 231024, Sacramento, CA 95823.

Plaintiff's costs of $400 (filing fee) *shall be made by paper check* made payable to "Doug Rowan" and mailed to Plaintiff's counsel at the address listed above.

SO ORDERED this 9 day of August, 2017

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

/s/George Andre Fields,
Law Office of GA Fields, WSBA #25973
P.O. Box 231024
Sacramento, CA 95823
Phone: (800) 567-1556
Fax: (855) 679-9722
gafieldsdisabilitylaw@gmail.com

Dated this 8th day of August, 2017.

ORDER RE: UNOPPOSED MOTION FOR ATTORNEY FEES, COSTS AND EXPENSES UNDER THE EQUAL ACCESS TO JUSTICE ACT--Page 2 of 2--2:16-cv-01862-RSM

Invictus Legal Services
P.O. Box 231024
Sacramento, CA 95823
Phone: (800) 567-1556
Fax: (855) 679-9722